**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No.: 5:16-MJ-00014-CHW-1 |
| PRESTON ALEXANDER MCWATERS | |

**NOTICE OF APPEARANCE**

Comes now the undersigned counsel, Martin J. Vogelbaum, who enters his appearance as counsel on behalf of the Defendant, Preston Alexander McWaters, in the above-styled case.

Dated this 10th day of March, 2016.

Respectfully submitted,

*s / Martin J. Vogelbaum*
MARTIN J. VOGELBAUM
MA Bar No. 657564
Counsel for Mr. McWaters

Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King, Jr. Boulevard, Suite 400
Macon, Georgia 31201
Tel:  (478) 207-3443
Fax:  (478) 207-3419
E-mail:  martin_vogelbaum@fd.org

## CERTIFICATE OF SERVICE

I, Martin J. Vogelbaum, hereby certify that on March 10, 2016, I caused the foregoing *Notice of Appearance* to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such to all counsel of record.

*s / Martin J. Vogelbaum*
MARTIN J. VOGELBAUM
MA Bar No. 657564
Counsel for Mr. McWaters

Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King, Jr. Boulevard, Suite 400
Macon, Georgia 31201
Tel:  (478) 207-3443
Fax:  (478) 207-3419
E-mail:  martin_vogelbaum@fd.org
